# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:05−cr−00309

Adonis Andreano Abbott

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Adonis Andreano Abbott as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/17/2022

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Final Hearing – Superv Rls Vio

Date: February 28, 2022                                          Nathan Ochsner, Clerk